# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Elias Savada | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 1:25-cv-01156-JMC |
| | * | |
| RRH Energy Services, LLC et al. | | |
| **Defendant.** | * | |

## MOTION FOR ADMISSION PRO HAC VICE

I, James M. Ruley, am a member in good standing of the bar of this Court. I am moving the admission of Logan R. Leonard to appear pro hac vice in this case as counsel for Defendants Palmco Administration, LLC d/b/a Indra Energy; Palmco Power MD, LLC d/b/a Indra Power; Palmco Energy MD, LLC d/b/a Indra Energy.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

   State Court & Date of Admission        U.S. Court & Date of Admission

   See Attachment A

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*James Ruley*
Signature

James M. Ruley/ Bar No. 1712140150
Printed name and bar number

**Watstein Terepka LLP**
Office name

75 14th Street NE, Ste. 2600, Atlanta, GA 30309
Address

**(404) 991-2684**
Telephone number

Fax Number

**Jruley@wtlaw.com**
Email Address

PROPOSED ADMITTEE

*[signature]*
Signature

Logan R. Leonard/ NY Bar No. 5928015
Printed name

**Watstein Terepka LLP**
Office name

75 14th Street NE, Ste. 2600, Atlanta, GA 30309
Address

**(404) 842-5065**
Telephone number

Fax Number

**lleonard@wtlaw.com**
Email Address

## ATTACHMENT A

Logan R. Leonard – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| New York (Bar No. 5928015) | 09/19/2022 | Yes |
| Georgia (Pending) | | |

New York State Unified Court System
Office of Court Administration
Attorney Registration Unit
25 Beaver Street - Room 840 New York, NY 10004
212-428-2800

State Bar of Georgia
104 Marietta St NW, Suite 100
Atlanta, Georgia 30303

Logan R. Leonard – Court Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| U.S.D.C., Southern District of New York | 09/27/2022 | Yes |
| U.S.D.C., Eastern District of New York | 09/29/2022 | Yes |
| U.S.D.C., Western District of Texas | 11/28/2023 | Yes |
| U.S.D.C., Colorado | 02/11/2025 | Yes |

University of Virginia School of Law, J.D.

University of Florida, B.A.