IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____   *
**Plaintiff,**
                              *
**v.**                        Case No. _____
                              *
_____
**Defendant.**                *

## MOTION FOR ADMISSION PRO HAC VICE

I, _____, am a member in good standing of the bar of this Court. I am moving the admission of _____ to appear pro hac vice in this case as counsel for Defendants Palmco Administration, LLC d/b/a Indra Energy; Palmco Power MD, LLC d/b/a Indra Power; Palmco Energy MD, LLC d/b/a Indra Energy.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

   State Court & Date of Admission          U.S. Court & Date of Admission

   _____          _____

   _____          _____

   _____          _____

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court _____ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *James Ruley* (signature) | (signature) |
| Signature | Signature |
| Printed name and bar number | Printed name |
| Office name | Office name |
| Address | Address |
| Telephone number | Telephone number |
| Fax Number | Fax Number |
| Email Address | Email Address |

**ATTACHMENT A**

Ryan D. Watstein – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| Georgia (Bar No. 266019) | 01/07/2010 | Yes |
| Florida (Bar No. 93945) | 11/17/2011 | Yes |

Georgia State Bar
104 Marietta Street NW, Suite 100
Atlanta, Georgia 30303
Telephone: (404) 527-8700/(800) 334-6865

Florida State Bar
651 East Jefferson Street
Tallahassee, Florida 32399-2300
Telephone: (850) 561-5600

Ryan D. Watstein – Court Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| Supreme Court of the United States (315426) | 11/29/2021 | Yes |
| U.S. Court of Appeals 2nd Circuit | 03/01/2019 | Yes |
| U.S. Court of Appeals 11th Circuit | 10/13/2023 | Yes |
| U.S. Court of Appeals 9th Circuit | 05/21/2020 | Yes |
| U.S. Court of Appeals 6th Circuit | 12/07/2020 | Yes |
| U.S. Court of Appeals 3rd Circuit | 09/22/2022 | Yes |
| U.S. Court of Appeals 7th Circuit | 04/26/2024 | Yes |
| U.S.D.C., Northern District of Georgia | 07/19/2010 | Yes |
| U.S.D.C., Middle District of Georgia | 08/17/2010 | Yes |
| U.S.D.C, Southern District of Florida | 04/02/2012 | Yes |
| U.S.D.C., Middle District of Florida | 09/02/2015 | Yes |

| | | |
|---|---|---|
| U.S.D.C., Northern District of Florida | 05/04/2018 | Yes |
| Georgia Supreme Court | 06/02/2015 | Yes |
| Georgia State and Superior Courts | 01/07/2010 | Yes |
| Florida Circuit Courts | 11/17/2011 | Yes |
| Florida District Courts of Appeal | 11/17/2011 | Yes |
| Florida Supreme Court | 11/17/2011 | Yes |

University of Florida, College of Law

Florida State University