IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ELIAS SAVADA** | * | |
| Plaintiff | * | Civil Action No. 1:25-cv-01156-JMC |
| v. | * | |
| **RRH ENERGY SERVICES, LLC, et al.** | * | |
| Defendants | * | |

**************************************************************************

## ENTRY OF APPEARANCE

Please enter the appearance of Kamil Ismail of the law firm of Goodell, DeVries, Leech & Dann, LLP, as additional counsel on behalf of Defendants RRH Energy Services, LLC, Richard Booth, Donald Cheesman, Stephen Eskrigge, Lisa Hawkins, KIWI Energy NY LLC, Michael Lordi, Richmond Road Holdings, LLC and Spring Energy RRH, LLC in the above-captioned matter.

Respectfully submitted,

*/s/ Kamil Ismail*
Linda S. Woolf (Federal Bar No.: 08424)
Kamil Ismail (Federal Bar No.: 12053)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
lsw@gdldlaw.com
kxi@gdldlaw.com
Telephone: 410-783-4000; Fax: 410-783-4040

***Attorneys for Defendants, RRH Energy Services, LLC, Richard Booth, Donald Cheesman, Stephen Eskrigge, Lisa Hawkins, KIWI Energy NY LLC, Michael Lordi, Richmond Road Holdings, LLC and Spring Energy RRH, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2025, a copy of Defendants' Entry of Appearance was filed with the Clerk of the Court using the CM/ECF system and electronic notification of such filing is sent to all CM/ECF participants and counsel of record .

                                         */s/ Kamil Ismail*
                                         Kamil Ismail

4930-9214-5739, v. 1